UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JACOB EVANS ALBRIGHT, INDIVIDUALLY and d/b/a MINERS RANCH SALOON, <br><br> Defendants. <br> JURY TRIAL DEMANDED | Case No.: 2:11-cv-02260-WBS-CMK <br><br> **ORDER TO CONTINUE THE STATUS CONFERENCE** |

The joint ex-parte application to continue the status conference in this case came on for consideration before this Court, the Honorable William B. Shubb presiding.

After full consideration of the evidence, the legal authority, as well as the arguments, the Court finds to its satisfaction that there is good cause to continue the status conference in this matter.

/ / /

*[proposed] Order*                                                                                                 1

1    For this reason, and for good cause appearing therefore:

2    IT IS HEREBY ORDERED THAT the status conference shall take place in this matter on

3    **February 21, 2012 at 2:00 p.m.**  The joint status report shall be due on February 7, 2012.

4    IT IS SO ORDERED.

5

6  Dated: November 29, 2011

7

8    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*[proposed] Order*                                                                    2