UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOE HAND PROMOTIONS, INC.,     NO. CIV. 2:11-2260 WBS CMK

        Plaintiff,

    v.                            ORDER

JACOB EVANS ALBRIGHT,
INDIVIDUALLY and d/b/a MINERS
RANCH SALOON,

        Defendant.
_____/

----oo0oo----

        Defendant's request to submit his motion for summary judgment and opposition to plaintiff's motion for summary judgment on the written briefs (Docket No. 22) is denied. See E.D. Local R. 230(g) (although the parties may stipulate to the submission of a motion on the briefs, the court may reopen the matter for oral arguments).

        If counsel for defendant wishes to appear by phone at the hearing on the cross-motions for summary judgment set for

1

June 3, 2013, he may file the appropriate written request to do so.

     IT IS SO ORDERED.

DATED:  May 31, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE