UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | Case No.: 2:11-cv-02260-WBS-CMK |
| Plaintiff, | ) | **Dated:  May 31, 2013** |
| vs. | ) | |
| JACOB EVANS ALBRIGHT, INDIVIDUALLY and d/b/a MINERS RANCH SALOON, | ) | **ORDER ALLOWING DEFENDANT'S ATTORNEY MATTHEW A. PARE TO APPEAR BY PHONE AT THE JUNE 3, 2013, HEARING REGARDING THE CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| Defendant. JURY TRIAL DEMANDED | ) | |
| | ) | Date:  Monday, June 3, 2013<br>Time:  2:00 p.m.<br>Judge:  Honorable William B. Shubb<br>Courtroom:  5, 14th Floor |

**GOOD CAUSE APPEARING**, it is hereby ordered that defendant's counsel Matthew A. Pare's request to appear by phone at the hearing regarding the cross-motions for summary judgment on June 3, 2013, is hereby granted.  Attorney Matthew A. Pare can be reached at 619-869-4999.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

DATED:  May 31, 2013

_William S. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

*[proposed] Order Allowing Defendant's Counsel Matthew A. Pare to Appear by Phone at MSJ Hearing*     1