UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 2:11-cv-02260-WBS-CMK |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S CLAIM FOR VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200** |
| vs. | |
| JACOB EVANS ALBRIGHT, | |
| Defendant. | |

**GOOD CAUSE APPEARING**, it is hereby ordered that the parties' stipulation to dismiss plaintiff's claim for Violation of California Business and Professions Code Section 17200 is hereby granted and said claim is dismissed *with prejudice*.

Dated: June 27, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

*[proposed] Order to Dismiss Plaintiff's Claim for Violation of California Business and Professions Code Section 17200*

1