1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7            **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

8   JOE HAND PROMOTIONS, INC.,           )   Case No.: 2:11-cv-02260-WBS-CMK
                                         )
9              Plaintiff,                )   **ORDER ALLOWING DEFENDANT'S**
                                         )   **ATTORNEY MATTHEW A. PARE TO**
10  vs.                                  )   **APPEAR BY PHONE AT THE AUGUST 12,**
                                         )   **2013, HEARING REGARDING THE**
11  JACOB EVANS ALBRIGHT,                )   **PLAINTIFF'S MOTIONS TO ALTER OR**
    INDIVIDUALLY and d/b/a MINERS        )   **AMEND THE JUDGMENT AND MOTION**
12  RANCH SALOON,                        )   **FOR COSTS AND ATTORNEY'S FEES**
                                         )
13             Defendant.                )
               JURY TRIAL DEMANDED       )
14                                       )
                                         )
15                                       )
                                         )
16                                       )   Date:  Monday, August 12, 2013
                                         )   Time:  2:00 p.m.
17                                       )   Judge:  Honorable William B. Shubb
                                         )   Courtroom: 5, 14th Floor
18  _____  )

19

20        **GOOD CAUSE APPEARING**, it is hereby ordered that defendant's counsel Matthew A.

21  Pare's request to appear by phone at the hearing regarding the plaintiff's motion to alter or amend

22  the judgment and the motion for costs and attorney's fees on August 12, 2013, is hereby granted.

23  Attorney Matthew A. Pare can be reached at 619-869-4999.  The courtroom deputy shall email

24  counsel with instructions on how to participate in the telephone conference call.

25  Dated:  July 30, 2013

26                              _____
                                WILLIAM B. SHUBB
27                              UNITED STATES DISTRICT JUDGE
    _____
    *[proposed] Order Allowing Defendant's Counsel Matthew A. Pare to Appear by Phone*

28